IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | Case No. 3:19-cr-122 (1) |
|     vs. | : | HONORABLE WALTER H. RICE |
| Syed, Arif | : | |
|     Defendant | : | |

ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on September 4, 2019 and amends the following condition:

1. Participate in a location restriction program and abide by all requirements of the program (home detention).

The amended condition will be ordered as follows:

1. Participate in a location restriction program and abide by all requirements of the program (curfew).

All other bond conditions remain in full force and effect.

Date: 9-13-21

_____
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE